IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIANA BRADIE TIMBERLAKE,**
et al.,

    *Plaintiffs*,

v.                                        Case No.: 4:23cv405-MW/MAF

**ROUNTREE MOORE NISSAN,**
et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. Plaintiffs' motion for transfer of venue, ECF No. 4, is **GRANTED**. The Clerk shall take all steps necessary to **TRANSFER** this action to the Tampa Division of the United States District Court for the Middle District of Florida and

close the file.

**SO ORDERED on October 18, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
